FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -2 A 10: 31

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON, JR.                           CIVIL ACTION
                                            00-21
VERSUS                                      NUMBER: 00-0125

MR. KNAPPER, ET AL.                         SECTION: "A"(5)


The above-captioned matter is herewith **TRANSFERRED** from section "A" to section "B" and **CONSOLIDATED** with Civil Action # 00-0021, entitled <u>Nolan Hudson, Jr. v. Charles Foti, et al</u>. The subject matter of both civil actions arise out of the same factual basis, although the parties in each litigation are different.


                                    _____
MAR 2 2000                                 ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE
TRANSFERRED TO

SECT. B
                                                    ___ Fee____
                                                    ___ Process___
                                                    _X_ Dktd___
                DATE OF ENTRY  MAR 02 2000          ___ CtRmDep___
                                                    ___ Doc.No.___