MINUTE ENTRY
CHASEZ, M.J.
APRIL 14, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                               CIVIL ACTION

VERSUS                                     NUMBER: 00-21
                                           c/w     00-125
CHARLES FOTI, ET AL.                       SECTION: "B"(5)

A preliminary conference in the above-captioned matter is hereby **SCHEDULED** for May 1, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, Room B347, Hale Boggs Building, 501 Magazine Street, New Orleans, Louisiana. Counsel (or the parties if unrepresented by counsel) may participate in the preliminary conference via telephone if they so desire.

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall notify the undersigned, in writing, as to whether they are

DATE OF ENTRY
APR 17 2000

willing to proceed to trial before the Magistrate Judge pursuant to 28 U.S.C. §636(c).

                                                */s/ ALC*
                                      ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE