

MINUTE ENTRY
CHASEZ, M.J.
MAY 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                                CIVIL ACTION

VERSUS                                      NUMBER: 00-21
                                            c/w     00-125
CHARLES FOTI, ET AL.                        SECTION: "B"(5)

A status/preliminary conference is hereby **SCHEDULED** for May 30, 2000 at 2:30 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

The Clerk is directed to forward a copy of this minute entry to the plaintiff, Nolan Hudson, 939 North Claiborne Avenue, New Orleans, Louisiana 70119; to Mr. Clarence Roby, 4640 So. Carrollton Avenue, New Orleans, Louisiana, 70119, and also to counsel for the defendants, Linda Morin, c/o the Community Correctional Center,

DATE OF ENTRY
MAY 1 2 2000



2800 Gravier St., New Orleans, Louisiana , 70119.

    The parties may participate via telephone but must advise the undersigned at 589-7610 that they so desire.

                                ALMA L. CHASEZ
                    UNITED STATES MAGISTRATE JUDGE