UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLAN HUDSON | CIVIL ACTION |
| VERSUS | NUMBER 00-21 |
| | c/w 00-125 |
| CHARLES FOTI, ET AL. | SECTION: "B" (5) |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS COUNSELS OF RECORD

On motion of **RUDY W. GORRELL** and **CLARENCE ROBY**, Attorneys at Law, and on suggesting to the Court that they have been employed as counsels of **NOLAN HUDSON**, plaintiff, in the above captioned cause, and that they desire to have their names placed on record in this case.

Respectfully Submitted By:

_____
RUDY W. GORRELL, T.A.
Bar No.: 20832
4640 S. Carrollton Avenue, Suite 2B
New Orleans, Louisiana 70119
(504) 482-3067

DATE OF ENTRY
JUN 2 1 2000

_____
CLARENCE ROBY, T.A.
Bar No.: 20345
4640 S. Carrollton Avenue, Suite 2C
New Orleans, Louisiana 70119
(504) 486-7700

## ORDER

**IT IS ORDERED** by the Court that the names **RUDY W. GORRELL** and **CLARENCE ROBY** be enrolled on the record of the Court as counsels of record in the above numbered and entitled proceeding, *provided this causes no request to extend def pretrial or trial dates*.

New Orleans, Louisiana this 20th day of June, 2000.

_____
**UNITED STATES MAGISTRATE JUDGE**