```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 JUL 20  PM 2: 04

                               LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON

VERSUS

CHARLES FOTI,
    ET. AL

CIVIL ACTION

NUMBER: 00-0021 c/w
        00-0125

SECTION: "B"(5)

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), **all parties** to the above-captioned civil proceeding hereby waive **their** right to proceed before a United States District Judge and **consent** to have a full-time United States Magistrate Judge conduct **any and all** further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that **they may,** without adverse substantive consequences, withhold consent.

| 5/30/00 | Clarence Roby | Helen Phalit  Nolan Lambert |
|---|---|---|
| Date | Plaintiff(s) | Defendant(s) |
|  | Nolan Hudson | Charles Foti Jr |

DATE OF ENTRY
JUL 2 0 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 20

ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to United States Magistrate Judge Alma L. Chasez for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. 636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 19th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF FILING PARTY

Patricia B. Jones
I certify that the signatures affixed hereon represent the consent of all parties to the suit.