MINUTE ENTRY
CHASEZ, M.J.
September 15, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                                    CIVIL ACTION

VERSUS                                          NUMBER:    00-0021
                                                c/w        00-0125
CHARLES FOTI, ET AL.                            SECTION:   "B"(5)

    A conference via telephone was held this date. Participating were:

    Rudy Gorrell
    Nolan Lambert

    The parties requested a continuance of the trial of these consolidated matters. Accordingly, the pre-trial conference scheduled for September 25, 2000 at 1:30 p.m. is canceled as is the trial scheduled for October 2, 2000. A status conference will go forward on the latter date at 10:00 a.m. to select a new trial date. No further continuances will be granted.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 18 2000