2000 OCT -3

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 2, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                             CIVIL ACTION

VERSUS                                   NUMBER:    00-0021
                                         c/w        00-0125
CHARLES FOTI, ET AL.                     SECTION: "B"(5)


       A status conference was held this date; participating were:

              Clarence Roby
              Nolan Lambert

       The jury trial in the above-captioned matter is rescheduled

for February 5, 2001 at 8:30 a.m. with the pre-trial conference to

go forward on January 26, 2001 at 10:30 a.m.


                                    _____
                                         ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 0 3 2000