

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                                   CIVIL ACTION

VERSUS                                         NUMBER:   00-0021
                                               c/w       00-0125

CHARLES FOTI, ET AL.                           SECTION: "B"(5)

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties, that the above matter has settled, Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause within 60 days to reopen the action if settlement is not consummated.

The Court shall retain jurisdiction for the purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 30 day of January, 2001.

                                    Alma L. Chasez
                                    _____
                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 3 1 2001